## 29332. JOHNSON v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur.*

DECIDED JANUARY 28, 1975.

DECIDED JANUARY 28, 1975.

Cecil Winfred Carter, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 29449. JOHNSON v. RICKETTS.

The trial court did not err in remanding the appellant to custody.

*Judgment affirmed. All the Justices concur, except Gunter and Ingram, JJ., who dissent.*

DECIDED JANUARY 28, 1975.

Charles Johnson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.